IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

**RECEIVED**
**OCT 14 2022**

William Baxter
Plaintiff(s),

vs.

EEOC equal Employment opportunity
Defendant(s).

CASE NO. 3AN-~~EEOC Anchorage Field Office~~

**SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT**

To Defendant: EEOC equal Employment opportunity

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) William Baxter, whose address is: PO Box 203185 Anchorage AK 99520.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(I).

**NOTICE OF JUDICIAL ASSIGNMENT**

TO: Plaintiff and Defendant

You are hereby given notice that:

☒ This case has been assigned to Superior Court Judge Walker and to a magistrate judge.

☐ This case has been assigned to District Court Judge _____.

CLERK OF COURT

10/06/2022
Date

By: _____ Deputy Clerk

I certify that on 10/06/22 a copy of this summons was ☒ mailed ☐ given to
☒ plaintiff ☐ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk HM

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/17)(cs)
SUMMONS

Exhibit A
Page 1 of 3

Civil Rules 4, 5, 12, 42(c), 55

From: **William Baxter** wbaxter@gci.net
Subject: Court
Date: May 23, 2022 at 5:08 PM
To: William Baxter wbaxter@gci.net

Gender city woman fear discrimination: I was going on a hunting trip with my new boat, and my mom called me up twice and told me. "God told me you were going to die on the hunting trip." When I was a child, I did not see how much women worry. My mom and women friend's have bought .things for me, so I would be safer. People worry about me, and others being a shooter. People that yell and barker are less harmless than people that don"t. I have been around heavy equipment barkers push to limit bully and never fear them other than firing me. Barker bullies famous words are, " you got 3 weeks to shape up, or you out of here." When I am fearful, or angry, I try not take out on other people. I was very careful talking to women in HR because of fear. I would go mountain biking with the mountain bike club, and I am very fearful going down hills on a mountain bike at first, and this young woman would go past me going down the hill and frighten me on purpose and laugh at me. Never seen hyper fear so bad as the MOA. Heavy equipment industry is man dominated. When I was younger, I had more fear than lot of people my age. I am big man and women and men are very fearful of me. At a dance this weekend I showed interest in a women, and she got very afraid of me.

Political discrimination: In politics I vote for the person rather than the party. I believe the more parties you have the better you are because it even things out. People like to talk to me about politic because so open minded I am. I have deep understanding of economics.

Mental disability discrimination: I have seen people suffer from mental disability more than me at transit. I have very little fear of my mental disability. A person job can be the best thing for their mental disability, and that is what being mechanic did to me. I saw very little unsafeness because of my mental disability. Burnouts and mental illness is very common in this heavy equipment industry. The three best mechanics at a truck dealership were burnouts. When I came to transit and worked at other places I was more stable.

Bullying: when I looked up discrimination, bully in the work place came up. I have read many books on bully in the work place. The bully books help me the most on my mental illness. If we talk more about mental illness, I think it would help.

Palmer and Wasilla people getting promoted ove: when I was in the Wasilla, I had to sign up on the valley Labor union list. When I lived in Anchorage, I could not sign up on the Wasilla list for work.

Introvert discrimination: I am deep introvert and some extrovert in me, Most good vehicle technician are introverts. I am very high energy introvert more anybody at transit. When people come to work they're going to do what makes them happy. If it is sitting around talking that is what they're going to do. Most farmers are introverts.

Physical disability: i am in the top 99 percent of physical ability in Anchorage, and when I was younger I was skinner than most women. I have a far reach because I am tall. Short people would have me reach for things.

Religion discrimination: Music in the shop. Because of my deep religious beliefs, motivation books and leadership books, I was the most stable person at transit at first.

Retaliation: my attorney, me, and other people saw this. This is big for my attorney.

Marital status discrimination: I see single people better in our carrier because we have lot time to focus on our carrier.

Age discrimination: I was 65 years when the MOA terminated me.

Had to go to washday to become technician: Many people convince me to go too washday to become a technician. I need the contract from the union to see if this was true. The union and the city need to start following my directives.

When I get to washday a supervisor told me, I would never be a technician: Why would a supervisor do this that supervisor is live, and his name is Gus. This cost me eighty thousand dollars in a two year degree and eleven welding classes and many other things.

Promotion: I would study, and get training for every interview. I am very highly skilled do some thing different class A technician and safe.

Discipline Arbitration: Some of these disciplines happened during the other onion. The union, and the MOA needs to start to follow my directive on contracts in the past because when I came technician 2 I had to do PMs for six months because people was worrying about HR would fire me. The supervisor before Mark Harlamert said, "down town was the problem." HR has put fear in supervisors for long time.

I was told in equal rights if I win one discrimination I win all of them.

Hire vets. Fleet maintenance hurry and wait vehicle technician in the military are not liked in the vehicle repair industry.. I hear Mark Harlamert's dad was high rank in the military and after the military both of their parents worked for the MOA. I believe Mark's mom worked for transit and that is how Mark got his job at transit. Mark Harlamert is the biggest no brainer fleet maintenance low documented technician I ever met. There are people in the vehicle repair industry are very smart, but never was mechanic and Mark was one of them.

Farms and country white child origin discrimination: Me, Terry Kelly, and Ron Anderson are hard working white country people as children. When I went to heavy equipment college most of the students were white farmers' children, then white logging children, and then white construction children. When I go hunting down the Yukon river, I see white people mostly. When I go snow machine, I see white people mostly. Wen I go dip netting with my boat on the Kenia river, I see white people mostly. When go hiking with a hiking group, I see mostly white people. When I go up to lake Louise, I see white people. When I listen to country western music, it is white people. I went dancing Saturday night and their were young white country people dancing.

How many city people work for the EEOC, How many city people work for Alaska State commission for human rights. How many city people work for the Municipality of Anchorage. How many city people work for the Anchorage Equal Rights Commission. How many city people work for the IBEW union.

EEOC equal Employment opportunity. IAddress: 619 E Ship Creek Ave #309, Anchorage, AK 99501
Alaska State Commission fo

Alaska State commission Human Rights
800 A Street, Suite 204
Anchorage, AK 99501-3669

Anchorage Equal Rights Commission
632 W. 6th Ave. Suite 110
Anchorage, AK 99501

Linda J. Johnson
Assistant Municipal Attorney
PO Box 196650
Anchorage, Alaska 99519-6650

Serena Green
IBEW Union
3333 Denali, st. ste 202
Anchorage, AK 99503