# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM BAXTER,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>    Defendants. | Case No. 3:22-cv-00236-SLG |

## ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The parties' *Stipulation to Dismiss with Prejudice* at Docket 17 is APPROVED. All pending motions are denied as moot. The Clerk of Court is directed to terminate this case.

DATED this 3rd day of January, 2023, at Anchorage, Alaska.

            */s/ Sharon L. Gleason*
            UNITED STATES DISTRICT JUDGE